McKESSON AUTOMATION, INC., Plaintiff–Appellant,

v.

TRANSLOGIC CORPORATION and Swisslog Italia S.P.A., Defendant–Appellee.

No. 2012–1199.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2012.

Daryl L. Joseffer, King & Spalding, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Adam M. Conrad.

Alfred R. Fabricant, Winston & Strawn, LLP, of New York, NY, argued for defendants-appellees. With him on the brief were Lawrence C. Drucker, Bryan N. Dematteo and Peter Lambrianakos.

NEWMAN, MOORE, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**